FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 23 2023 ★
BROOKLYN OFFICE

# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE Cheryl L. Pollak DATE : 2/23/23

DOCKET NUMBER: 23CR82(~~MKB~~) EK Log #: ~~3:38~~ 4:23

DEFENDANT'S NAME : Carlos Watson
✓ Present ___ Not Present ✓ Custody ___ Bail

DEFENSE COUNSEL: Arlo Devlin-Brown
___ Federal Defender ___ CJA ✓ Retained

A.U.S.A: Jonathan Siegel CLERK: Felix Chin

INTERPRETER : (Language)

✓ Defendant arraigned on the : ✓ indictment ___ superseding indictment ___ probation violation

✓ Defendant pleads NOT GUILTY to ALL counts.

___ DETENTION HEARING Held. ✓ Defendant's first appearance.

✓ Bond set at $1 million. Defendant ✓ released ___ held pending satisfaction of bond conditions.

✓ Defendant advised of bond conditions set by the Court and signed the bond.

2 Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.

___ (Additional) surety/ies to co-sign bond by ___

___ After hearing, Court orders detention in custody. ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for ___

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

✓ Order of Excludable Delay/Speedy Trial entered. Start 2/23/23 Stop 4/3/23

___ Rule 5f warnings given to the govt. ___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

✓ Status conference set for 4/3/23 @ 3:30 before Judge Komitee

Other Rulings : Transcript ordered sealed with redacted copy available to the public.