**COVINGTON**

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T   +1 212 841 1000

**By Electronic Mail**                                                                 March 2, 2023

The Honorable Eric Komitee
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    **Re:  *United States v. Watson*, 23 Cr. 82 (EK)**

Dear Judge Komitee:

  We write on behalf of Carlos Watson, the defendant in the above captioned matter, in response to the Court's scheduling order of March 1, 2023.  The Court ordered the parties to appear for a brief conference to address a number of topics, including the representation of Mr. Watson.

  Covington & Burling LLP and Steptoe & Johnson LLP were engaged by Mr. Watson to represent him in connection with the Government's pre-indictment investigation.  When Mr. Watson was unexpectedly arrested last Thursday, the undersigned appeared in court that afternoon for the limited purposes of addressing Mr. Watson's initial presentment and bail, as we advised Magistrate Judge Pollak.  Neither firm, however, has been retained to represent Mr. Watson in defending against the charges contained in the Indictment.  Mr. Watson is in the process of interviewing defense counsel and may not have counsel in place prior to March 6th.  We therefore respectfully request that the Court postpone the March 6th conference for at least one week to afford Mr. Watson additional time to retain counsel.  If that is not feasible for the Court, and assuming Mr. Watson qualifies for Court appointed-counsel (which he appears to), we ask that the Court appoint the Federal Defenders to represent Mr. Watson on March 6th if retained counsel does not appear at that proceeding.

  Given that Covington and Steptoe no longer represent Mr. Watson, and that Mr. Watson will either appear on March 6th with new counsel or can obtain Court-appointed counsel, we respectfully request that the Court permit counsel from Covington and Steptoe not to appear.  At

**COVINGTON**

The Honorable Eric Komitee
March 2, 2023
Page 2

least one member of the defense team is available and will appear, however, if the Court believes this would be constructive.

                              Respectfully submitted,

                              */s/ Arlo Devlin-Brown*

                              Arlo Devlin-Brown
                              Covington & Burling LLP

                              */s/ Ryan Poscablo*

                              Ryan Poscablo
                              Steptoe & Johnson LLP

cc:      Counsel of Record (by ECF)