AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| United States *Plaintiff* | ) ) |
| v. | ) Case No. 23-CR-00082 (EK) |
| Carlos Watson *Defendant* | ) ) ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Carlos Watson                                      .

Date:   03/06/2023                                     /s/ Noam Biale
                                                *Attorney's signature*

                                        Noam Biale (5055694)
                                        *Printed name and bar number*
                                        Sher Tremonte LLP
                                        90 Broad Street, 23rd Floor
                                        New York, NY 10004

                                                *Address*

                                        nbiale@shertremonte.com
                                                *E-mail address*

                                        (212) 202-2600
                                                *Telephone number*

                                        (212) 202-4156
                                                *FAX number*