# UNITED STATES DISTRICT COURT

for the

Eastern District of New York ▾

| | | |
|---|---|---|
| United States | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 23-CR-00082 (EK) |
| Carlos Watson | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Carlos Watson                                                                                      .


Date:     03/06/2023                                    /s/ Michael Tremonte
                                                              *Attorney's signature*


                                                     Michael Tremonte (2929164)
                                                     *Printed name and bar number*
                                                     Sher Tremonte LLP
                                                     90 Broad Street, 23rd Floor
                                                     New York, NY 10004


                                                     *Address*


                                                     mtremonte@shertremonte.com
                                                     *E-mail address*


                                                     (212) 202-2600
                                                     *Telephone number*


                                                     (212) 202-4156
                                                     *FAX number*