# SHER TREMONTE LLP

March 7, 2023

**BY ECF**

The Honorable Eric R. Komitee
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11215

Re: *United States v. Carlos Watson and Ozy Media, Inc.*
Case No. 23 Crim. 82 (EK)

Dear Judge Komitee:

We represent Carlos Watson. According to the government's March 3, 2023 letter, on February 23, 2023, the day of his arrest, Mr. Watson was served with a summons that requires defendant Ozy Media, Inc. to appear for an arraignment on March 8, 2023 at 11:00 a.m.

As the Court may know, last Thursday, Ozy Media announced that it has suspended all business operations. It is our understanding that, to date, Ozy Media has not yet retained counsel to represent it in connection with these criminal proceedings and, as a result, we do not anticipate that legal counsel will file a notice of appearance for Ozy Media by tomorrow, March 8, 2023. Please be assured, however, that company representatives are working diligently to arrange legal counsel for Ozy Media in this matter.

Pursuant to Rule 11(a)(4) of the Federal Rules of Criminal Procedure, in the absence of an appearance by Ozy Media in response to the summons, the Court "must enter a plea of not guilty" on behalf of Ozy Media. Fed. R. Crim. P. 11(a)(4). Accordingly, we ask that Your Honor enter such a plea, or, in the alternative, extend the

Hon. Eric R. Komitee
March 7, 2023
Page 2

deadline by which Ozy Media shall appear on the summons until April 3, 2023, the date of the next status conference.

    We appreciate the Court's consideration.

                                            Respectfully submitted,

                                            /s/Noam Biale
                                            Noam Biale
                                            Justine A. Harris
                                            Michael Tremonte
                                            SHER TREMONTE LLP
                                            90 Broad St, 23rd Floor
                                            New York, NY 10004

                                            *Attorneys for Carlos Watson*


cc:     AUSAs Jonathan Siegel, Gillian A. Kassner, and Dylan Stern (by ECF)