# UNITED STATES DISTRICT COURT

for the

Eastern District of New York  ▼

|  |  |  |
|---|---|---|
| United States | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  23-CR-00082 (EK) |
| Carlos Watson | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Carlos Watson                                                                                                     .

Date:      04/06/2023

/s/ Neesha Chhina
*Attorney's signature*

Neesha Chhina (5726021)
*Printed name and bar number*

Sher Tremonte LLP
90 Broad Street, 23rd Floor
New York, NY 10004
*Address*

nchhina@shertremonte.com
*E-mail address*

(212) 202-2600
*Telephone number*

(212) 202-4156
*FAX number*