

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JRS/GK/DAS                                    *271 Cadman Plaza East*
F. #2021R00900                                *Brooklyn, New York 11201*

July 13, 2023

By FedEx

Ronald Sullivan, Esq.                         Kenneth Jamal Montgomery, Esq.
Ronald Sullivan Law PLLC                      198 Rogers Avenue
1300 I Street NW                              Brooklyn, New York 11225
Suite 400 E
Washington, DC 20005                          *Counsel for Ozy Media, Inc.*

*Counsel for Carlos Watson*

              Re:    United States v. Carlos Watson and Ozy Media, Inc.
                     Criminal Docket No. 23-82 (EK)

Dear Counsel:

        Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government
hereby furnishes on the enclosed DVD a production of discovery in the above-captioned case,
which is Bates-numbered EDNYOZY003408052 to EDNYOZY003416203. Passwords to the
production and an index detailing the sources of the documents in the production, which is
Bates-numbered USAO-EDNYOZY000000241, will be provided by email.

        This discovery is being provided to you pursuant to the protective order entered
by the Court on April 21, 2023, which was later signed by Mr. Sullivan on May 24, 2023. See
ECF Dkt. No. 54.

        The government renews its request for reciprocal discovery from the defendants.
Please note that the defendants' obligations under Fed. R. Crim. P. 16(b) include identification of
"all non-impeachment exhibits [the defendants] intend to use in their defense at trial, whether the
exhibits will be introduced through a government witness or a witness called by a Defendant."
United States v. Napout, No. 15-CR-252 (PKC), 2017 WL 6375729, at *7 (E.D.N.Y. Dec. 12,
2017); accord United States v. Smothers, No. 20-CR-213 (KAM), 2023 WL 348870, at *22
(E.D.N.Y. Jan. 20, 2023).

If you have any questions or requests regarding further discovery, please do not hesitate to contact us.

Very truly yours,

BREON PEACE
United States Attorney

By:      /s/_____
Jonathan Siegel
Gillian Kassner
Dylan A. Stern
Assistant U.S. Attorneys
(718) 254-6293/6224/6213

Enclosure

cc:      Clerk of the Court (EK) (by ECF) (without enclosures)