

U.S. Department of Justice

United States Attorney
Eastern District of New York

JRS/DAS

271 Cadman Plaza East
Brooklyn, New York 11201

January 17, 2024

By ECF

The Honorable Eric R. Komitee
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Carlos Watson and Ozy Media, Inc.
               Criminal Docket No. 23-82 (EK)

Dear Judge Komitee:

      The government respectfully submits this letter to request that the January 18, 2024 status conference in the above-captioned matter, currently scheduled for 2:30 p.m., be rescheduled for 2:00 p.m. The government has a potential conflict later in the afternoon that the earlier start time would likely allow it to avoid. Counsel for defendants Carlos Watson and Ozy Media, Inc. both consent to the request.

      Respectfully submitted,

      BREON PEACE
      United States Attorney

By:   /s/
      Jonathan Siegel
      Gillian Kassner
      Dylan A. Stern
      Assistant U.S. Attorneys
      (718) 254-6293 (Siegel)

cc:    Clerk of the Court (via ECF)
       All Counsel of Record (via ECF)