





CONFIDENTIAL TREATMENT REQUESTED

EDNYOZY000036919







CONFIDENTIAL TREATMENT REQUESTED







CONFIDENTIAL TREATMENT REQUESTED

EDNYOZY000036921







CONFIDENTIAL TREATMENT REQUESTED

EDNYOZY000036922



Idk

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | | 2/2/202 1 7:20:53 PM(UTC +0) | |

**Status:** Read

2/2/2021 7:20:10 PM(UTC+0)



No white man has a voice like this. The closest is the Allstate guy

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | | 2/2/2021 7:22:28 PM(UTC+0) | |

**Status:** Read

2/2/2021 7:22:23 PM(UTC+0)



I just don't believe it

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | | 2/2/202 1 7:22:30 PM(UTC +0) | |

**Status:** Read

2/2/2021 7:22:30 PM(UTC+0)

CONFIDENTIAL TREATMENT REQUESTED







EDNYOZY000036924



And he just said ▮

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮ | 2/2/2021 7:24:25 PM(UTC+0) | | |

**Status:** Sent

2/2/2021 7:24:24 PM(UTC+0)



Lol I'm mostly kidding but he just said my name

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮ | | 2/2/2021 7:24:26 PM(UTC+0) | |

**Status:** Read

2/2/2021 7:24:25 PM(UTC+0)



Omg

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮ | | 2/2/2021 7:24:27 PM(UTC+0) | |

**Status:** Read

2/2/2021 7:24:27 PM(UTC+0)

CONFIDENTIAL TREATMENT REQUESTED



I'm freaking out

| Participant | Delivered | Read | Played |
|-------------|-----------|------|--------|
| | | 2/2/202 1 7:24:30 PM(UTC +0) | |

**Status:** Read

2/2/2021 7:24:30 PM(UTC+0)



Like Carlos did

| Participant | Delivered | Read | Played |
|-------------|-----------|------|--------|
| | 2/2/2021 7:24:34 PM(UTC+0) | | |

**Status:** Sent

2/2/2021 7:24:34 PM(UTC+0)



Yes

| Participant | Delivered | Read | Played |
|-------------|-----------|------|--------|
| | | 2/2/202 1 7:24:38 PM(UTC +0) | |

**Status:** Read

2/2/2021 7:24:38 PM(UTC+0)

CONFIDENTIAL TREATMENT REQUESTED



OMG

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | 2/2/2021 7:24:39 PM(UTC+0) | | |

**Status:** Sent

2/2/2021 7:24:39 PM(UTC+0)



Can you ask a question

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | | 2/2/2021 7:24:44 PM(UTC+0) | |

**Status:** Read

2/2/2021 7:24:44 PM(UTC+0)



Give me a question

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | 2/2/2021 7:24:59 PM(UTC+0) | | |

**Status:** Sent

2/2/2021 7:24:59 PM(UTC+0)

CONFIDENTIAL TREATMENT REQUESTED

EDNYOZY000036927



Ask about pricing and how they thing about contracting

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | | 2/2/2021 7:25:32 PM(UTC+0) | |

**Status:** Read

2/2/2021 7:25:32 PM(UTC+0)



He just said my name again

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | | 2/2/2021 7:25:35 PM(UTC+0) | |

**Status:** Read

2/2/2021 7:25:35 PM(UTC+0)



And he didn't want to join the zoom

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | | 2/2/2021 7:27:44 PM(UTC+0) | |

**Status:** Read

2/2/2021 7:26:24 PM(UTC+0)

CONFIDENTIAL TREATMENT REQUESTED







CONFIDENTIAL TREATMENT REQUESTED







CONFIDENTIAL TREATMENT REQUESTED





EDNYOZY000036931



https://open.spotify.com/episode/0b1di5XnWoxlq2NdxB73uy?si

**Attachments:**

Title: 41372E4D-63C3-4792-AEF1-
Size: 4750
File name: ~/Library/SMS/Attachments/44/04/5EF6068C-4F03-49E4-A727-12863BB4DE39/41372E4D-63C3-4792-AEF1-

~/Library/SMS/Attachments/44/04/5EF6068C-4F03-49E4-A727-12863BB4DE39/41372E4D-63C3-4792-AEF1-

Title: C01B76E3-4CCD-4C14-A3D2-
Size: 102515
File name: ~/Library/SMS/Attachments/21/01/15F2127E-DD68-412A-9386-D895D3FFC794/C01B76E3-4CCD-4C14-A3D2-

~/Library/SMS/Attachments/21/01/15F2127E-DD68-412A-9386-D895D3FFC794/C01B76E3-4CCD-4C14-A3D2-

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | | 2/2/2021 7:53:28 PM(UTC+0) | |

**Status:** Read

2/2/2021 7:53:10 PM(UTC+0)

I'm on the phone and haven't listened yet but this is definitely him

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | | 2/2/2021 7:53:28 PM(UTC+0) | |

**Status:** Read

2/2/2021 7:53:22 PM(UTC+0)



I'm listening now

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | 2/2/2021 7:54:55 PM(UTC+0) | | |

**Status:** Sent

2/2/2021 7:54:55 PM(UTC+0)

CONFIDENTIAL TREATMENT REQUESTED

EDNYOZY000036932









CONFIDENTIAL TREATMENT REQUESTED



This is crazy

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | | 2/2/202 1 8:20:46 PM(UTC +0) | |

**Status:** Read

2/2/2021 8:20:38 PM(UTC+0)



He has a normal voice

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | | 2/2/202 1 8:20:49 PM(UTC +0) | |

**Status:** Read

2/2/2021 8:20:49 PM(UTC+0)



I'm not over this

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | | 2/2/202 1 8:51:55 PM(UTC +0) | |

**Status:** Read

2/2/2021 8:51:31 PM(UTC+0)

CONFIDENTIAL TREATMENT REQUESTED

EDNYOZY000036934







CONFIDENTIAL TREATMENT REQUESTED







CONFIDENTIAL TREATMENT REQUESTED







EDNYOZY000036937



About to go into the tunnel

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | 2/2/2021 11:22:06 PM(UTC+0) | | |

Status: Sent

2/2/2021 11:22:06 PM(UTC+0)



I'm going to update [ ] and then speak with [ ]

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | 2/2/2021 11:22:22 PM(UTC+0) | | |

Status: Sent

2/2/2021 11:22:21 PM(UTC+0)



Sounds good

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | | 2/2/2021 11:22:59 PM(UTC+0) | |

Status: Read

2/2/2021 11:22:42 PM(UTC+0)

CONFIDENTIAL TREATMENT REQUESTED

EDNYOZY000036938











EDNYOZY000036940