## Summary

| Source Application | Native Messages |
|---|---|
| Last Activity | 2/3/2021 11:38:18 PM +00:00 |
| Start time | 2/3/2021 12:34:30 AM +00:00 |

## Participants



## Conversation - Instant Messages (77)



Sorry I missed you

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | | 2/3/2021 12:41:22 AM(UTC +0) | |

Status: Read

2/3/2021 12:34:30 AM(UTC +0)



He was flabbergasted and very impressed with your detective work :)

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | 2/3/2021 12:41:45 AM(UTC +0) | | |

Status: Sent

2/3/2021 12:41:45 AM(UTC +0)

CONFIDENTIAL TREATMENT REQUESTED

EDNYOZY000036943



Hahahaha

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | | 2/3/202 1 12:51:29 AM(UTC +0) | |

**Status:** Read

2/3/2021 12:47:16 AM(UTC+0)



It's so crazy I can't get over it

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | | 2/3/202 1 1:12:32 AM(UTC +0) | |

**Status:** Read

2/3/2021 1:06:28 AM(UTC+0)



I'm on the phone with Samir he just called me

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | | 2/3/2021 1:12:32 AM(UTC +0) | |

**Status:** Read

2/3/2021 1:11:17 AM(UTC+0)

CONFIDENTIAL TREATMENT REQUESTED

EDNYOZY000036944







CONFIDENTIAL TREATMENT REQUESTED

EDNYOZY000036945







CONFIDENTIAL TREATMENT REQUESTED

EDNYOZY000036946



On with legal and compliance

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | 2/3/2021 1:18:19 AM(UTC+0) | | |

**Status:** Sent

2/3/2021 1:18:19 AM(UTC+0)



Ok

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | | 2/3/202 1 1:23:12 AM(UTC +0) | |

**Status:** Read

2/3/2021 1:21:03 AM(UTC+0)



Call please if you can

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | | 2/3/202 1 1:52:27 AM(UTC +0) | |

**Status:** Read

2/3/2021 1:52:22 AM(UTC+0)

CONFIDENTIAL TREATMENT REQUESTED

EDNYOZY000036947



On with ▮▮▮▮▮

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ | 2/3/2021 1:53:13 AM(UTC+0) | | |

**Status:** Sent

2/3/2021 1:53:12 AM(UTC+0)



▮▮▮▮▮ said they do 0 business with them and don't have any relationship with the company

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ | | 2/3/2021 1:53:32 AM(UTC+0) | |

**Status:** Read

2/3/2021 1:53:32 AM(UTC+0)



He called me he's very upset

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ | | 2/3/202 1 1:53:42 AM(UTC +0) | |

**Status:** Read

2/3/2021 1:53:42 AM(UTC+0)

CONFIDENTIAL TREATMENT REQUESTED

EDNYOZY000036948







CONFIDENTIAL TREATMENT REQUESTED

EDNYOZY000036949







CONFIDENTIAL TREATMENT REQUESTED

EDNYOZY000036950



Omg

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | 2/3/2021 1:56:31 AM(UTC+0) | | |

**Status:** Sent

2/3/2021 1:56:30 AM(UTC+0)



called Carlos and Carlos told him that he could speak because his father had a heart attack tonight

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | | 2/3/2021 1:56:39 AM(UTC+0) | |

**Status:** Read

2/3/2021 1:56:39 AM(UTC+0)



Pretty sure Carlos' father died many many years ago

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | | 2/3/2021 1:56:48 AM(UTC+0) | |

**Status:** Read

2/3/2021 1:56:48 AM(UTC+0)

CONFIDENTIAL TREATMENT REQUESTED

EDNYOZY000036951







CONFIDENTIAL TREATMENT REQUESTED







CONFIDENTIAL TREATMENT REQUESTED

EDNYOZY000036953







CONFIDENTIAL TREATMENT REQUESTED



On the phone

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | | 2/3/202 1 3:15:23 AM(UTC +0) | |

**Status:** Read

2/3/2021 3:15:23 AM(UTC+0)



said security will want to follow up

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | | 2/3/2021 3:15:41 AM(UTC+ 0) | |

**Status:** Read

2/3/2021 3:15:38 AM(UTC+0)



They don't like this

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | | 2/3/202 1 3:15:46 AM(UTC +0) | |

**Status:** Read

2/3/2021 3:15:45 AM(UTC+0)

CONFIDENTIAL TREATMENT REQUESTED

EDNYOZY000036955



I don't blame them

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | | 2/3/202 1 3:17:56 AM(UTC +0) | |

**Status:** Read

2/3/2021 3:15:50 AM(UTC+0)



What's your plan?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | | 2/3/202 1 2:20.20 PM(UTC +0) | |

**Status:** Read

2/3/2021 2:20:08 PM(UTC+0)



11am Carlos

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | 2/3/2021 2.20.26 PM(UTC+0) | | |

**Status:** Sent

2/3/2021 2:20:26 PM(UTC+0)

CONFIDENTIAL TREATMENT REQUESTED







CONFIDENTIAL TREATMENT REQUESTED

EDNYOZY000036957







CONFIDENTIAL TREATMENT REQUESTED

EDNYOZY000036958







CONFIDENTIAL TREATMENT REQUESTED







CONFIDENTIAL TREATMENT REQUESTED

EDNYOZY000036960







CONFIDENTIAL TREATMENT REQUESTED

EDNYOZY000036961



She's going to call me later

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | 2/3/2021 4:24:59 PM(UTC+0) | | |

Status: Sent

2/3/2021 4:24:59 PM(UTC+0)



I told her not to respond to Carlos until we speak

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | 2/3/2021 4:25:09 PM(UTC+0) | | |

Status: Sent

2/3/2021 4:25:09 PM(UTC+0)



K

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | | 2/3/2021 4:25:10 PM(UTC+0) | |

Status: Read

2/3/2021 4:25:09 PM(UTC+0)



Did you let [ ] know happened?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | 2/3/2021 7:45:18 PM(UTC+0) | | |

Status: Sent

2/3/2021 7:43:52 PM(UTC+0)

20

CONFIDENTIAL TREATMENT REQUESTED



*know what happened



I texted him deal is dead, we are talking later



I canceled

CONFIDENTIAL TREATMENT REQUESTED

EDNYOZY000036963



Thanks

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | 2/3/2021 7:50:41 PM(UTC+0) | | |

**Status:** Sent

2/3/2021 7:50:40 PM(UTC+0)



They didn't upload any ▮▮▮ contract to the data room, we checked with ▮▮▮

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | | 2/3/2021 8:33:02 PM(UTC+0) | |

**Status:** Read

2/3/2021 8:32:33 PM(UTC+0)



Interesting

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | 2/3/2021 8:35:20 PM(UTC+0) | | |

**Status:** Sent

2/3/2021 8:35:19 PM(UTC+0)



▮▮▮ just accepted my LinkedIn connection 😄

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | 2/3/2021 10:50:50 PM(UTC+0) | | |

**Status:** Sent

2/3/2021 10:50:49 PM(UTC+0)

CONFIDENTIAL TREATMENT REQUESTED

EDNYOZY000036964







CONFIDENTIAL TREATMENT REQUESTED

EDNYOZY000036965



Did you tell

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | | 2/3/202 1 11:16:52 PM(UTC +0) | |

**Status:** Read

2/3/2021 11:13:01 PM(UTC+0)



No

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | 2/3/2021 11:16:55 PM(UTC+0) | | |

**Status:** Sent

2/3/2021 11:16:55 PM(UTC+0)



We should

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | 2/3/2021 11:16:58 PM(UTC+0) | | |

**Status:** Sent

2/3/2021 11:16:58 PM(UTC+0)

CONFIDENTIAL TREATMENT REQUESTED



I didn't know how you felt about it, I haven't spoken to him

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | | 2/3/2021 11:17:13 PM(UTC+0 ) | |

**Status:** Read

2/3/2021 11:17:13 PM(UTC+0)



I can call him

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | 2/3/2021 11:17:27 PM(UTC+0) | | |

**Status:** Sent

2/3/2021 11:17:27 PM(UTC+0)



Spoke with ▮ he appreciated the call

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | 2/3/2021 11:37:44 PM(UTC+0) | | |

**Status:** Sent

2/3/2021 11:37:44 PM(UTC+0)

CONFIDENTIAL TREATMENT REQUESTED

EDNYOZY000036967



I bet

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | | 2/3/202<br>1<br>11:38:28<br>PM(UTC<br>+0) | |

**Status:** Read

2/3/2021 11:38:18 PM(UTC+0)

CONFIDENTIAL TREATMENT REQUESTED

EDNYOZY000036968