**Draft Transcript of Audio Recordings Produced at Bates Numbers EDNYOZY000050471-72:**

I just talked to, uh, Carlos. He said, uh, they have three term sheets in hand that they're still evaluating: one from ▇▇▇▇, one from ▇▇▇▇, and one from ▇▇▇▇ He thinks they're gonna go with, uh, ▇▇▇▇▇▇ as the lead and either ▇▇ or ▇▇ as the co-lead, uh, on the advertising agency side. Um, he said things should pick up mid-, mid-next week and should be a, a pretty quick path to a closing. So, he thinks sometime in January. He also mentioned that, that The New York Times is gonna be running a feature on them and they want to try to get-, at the end of the month, and they want to try to get the closing done before it so they can put that in the, in the feature, obviously. So, anyways, um, he asked that we keep this all very confidential, but, um, good update from him and he seemed to be pretty psyched about the progress. So, that's it.

Forgot a couple other things. Um, he said the round is definitely still oversubscribed. I told him we had a million, it's possible we'd ask for a little bit more, but just wanted to be respectful of the allocation, um, given the oversubscription. And then, um, he said that all the existing investors are also participating in this round. So, that's it.

Draft Transcripts of Audio Recordings

**Draft Transcript of Audio Recording Produced at Bates Number EDNYOZY000050473:**

Hi, gents.  Um, I just got off the phone with Samir from Ozy.  Um, you know, the call was about the round and whether we'd be participating.  You know, I'd originally texted him and said that, uh, that we weren't going to participate through the fund.  Um.  He, uh, he did basically say…You know, and I explained to him, I, I, I told him that, you know, when we were originally looking at D, we were thinking 500, maybe 750, but I think we were originally thinking 500.  And the way things played out, which I thanked him for again, um, you know, I, I was like, "We went with our biggest position ever."  Um, I didn't tell, you know, they think the 2 million is just coming from, from the fund, not the, you know, not the side investors, but, um, I told him we just, we went way big, it's a huge percentage of our fund and that we couldn't write a meaningful follow-on check.  He did raise the fact that, you know, from, from an optics perspective, it would mean a lot to them if, uh, if the existing investors did, did follow on.  I don't know, you know, what that, what th-, what they have in mind.  You know, I don't…I told him it would be, you know, we would not be in a position to write a meaningful check.  So, you know, in my mind, I'm sitting there thinking, like, "Maybe we'll put it another 250 into it."  Um, but I don't know what they would think at that point.  But I, they did ask if we could, you know, think about it, get back to them, you know, next week, middle, middle to the end of next week.  He did also say, like, they don't want, they don't want any one of us to feel that they're being unreasonable in this ask.  But, um, you know, there, there, there are some optics there.  So, I just wanted to put that out there for you guys to think about.  Let me know what you think.  I sent that message earlier, also, seeing if we could do this ▮, you know, talk ▮.  So, maybe we can talk this and that ▮ deal, you know, whenever you guys got a chance.  Alright?  Thanks, gents.

Draft Transcripts of Audio Recordings

**Draft Transcript of Audio Recording Produced at Bates Number EDNYOZY000050474:**

Hey, gentlemen. Hope you guys are having a great week, ready for the weekend. I had a great conversation with Carlos Watson today, covered a variety of things but wanted to share a couple things with you. He said we should definitely plan to get to Miami on Friday so that we can be there in time for the VIP dinner before Ozy Fest. Um, he said ▮▮▮▮▮ will be there, ▮▮▮▮▮ will be there, other investors will be there. He referred to there will be multiple billionaires there, um, and he would love to have us there so he can introduce us to that group. And then, secondly, he just, you know, cryptically said they've got a handful of things that are brewin' right now and if, that he can't talk about, but, you know, the way he described it was, "If these deals happen, I'm confident-," he's confident that Ozy will be one of the best investments we've ever made. So, um, that was pretty exciting just to hear the enthusiasm in his voice. Anyway, um, that's it. Hopefully catch up with you guys soon. Um, oh, and I, also, I told ▮▮▮▮▮ that we're not participating in this million-dollar financing. Um, so, that's closed. Alright, thanks. Bye.

**Draft Transcript of Audio Recording Produced at Bates Numbers EDNYOZY000150219 and EDNYOZY000150221:**

Gentlemen, hope everybody's doing well, safe. I hope you're staying safe and everybody is doing alright in your household. Um, hey, guys, I just got off the phone with Carlos. There's been some, there's been some changes and, uh, could be good, could be bad. Um, they, actually, are outperforming. They are about to sign, I think, two eight-figure deals, which would be their first two eight-figure deals. ▉▉▉▉ is, you know, in Carlos's ear, saying, you know, "There's other opportunities here based on this, this recent outperform. Consider things other than the ▉▉▉▉ deal, take a pause, and, also, let's consider taking advantage of the SPAC market," and Carlos seems pretty keen on that. So, you know, and he was like, "Look in the SPAC situation," you know, "there might be an opportunity still to participate in a pipe, uh, after the SPAC," but, um. I, you know, I pushed him a little bit and said, "Hey, you know, is-, if there's anything that we could still do." And then he's like, "Well, look, the board did give me about a million and a half of, of, uh, availability to have somebody, uh, for insiders to invest pre-SPAC." Um, and he said, "I know you guys aren't necessarily insiders, but I can go to the board still and say, you know, 'I've known these guys for a long time and I'd really like them to participate.'" Um, so, he said, he said he was going to talk, talk to them. He obviously, he still wants to be, um, he still wants a, you know, a relationship to, to grow here and work with him, and he still would love for us to be on the cap table in some form at some time, but the SPAC thing is definitely throwing a wrench in things. But, um, you know, he did say he's gonna go and talk to the board, see if he can get us a million to a million and a half to put in, um, into the deal, knowing that there's, you know, a SPAC transaction possibly down the line, so…Um, he also mentioned in connection with the, you know, with the SPAC, they were talking about possibly, you know, rolling up some other media companies. Um, we should have them

roll up ▇▇▇▇▇▇.  Anyway, um, that's, uh, that's, that's it for right now.  Just wanted to give you a heads up, but sounds like we're in a holding pattern for, um, for a week or so, and, and he'll get back to us, but, um, that's it.

Draft Transcripts of Audio Recordings