**6:59**

**2 People** >

Tue, Apr 6, 1:31 PM

Two bits of good OZY news out of my call with Samir.

1. They signed a two-year $20M deal with ███ ████ calling it "an investment in responsible journalism" and it will bring its biggest brands into the OZY sphere.

2. ████ is writing a $30M check as lead in $65M Series D. $300M pre, basic/clean terms. Expected to close within 30 days.

Will take a 45-day 2X.

amazing news

iMessage