**2 People**

Jan 22, 2021, 10:53 AM

> Just got off zoom with Carlos. ▮▮▮▮ has won the process over ▮▮▮▮ ▮▮▮▮ and will be putting in $45M of a $60M round. Carlos still working to get ▮▮▮ or ▮▮▮▮ in deal either as debt or as additional equity in an expanded round greater than $60M. Carlos has asked that if we are interested in flexing up beyond $1M (in the event of a greater than $60M round) that we give him a heads up and he will work to get us in at a greater number. They are circling Feb 10ish as a closing date and there will be a NYT article to be published around Feb 20 and will include this capital

EDNYOZY000051175

