(2021-05-20 08:12:20 PM UTC)
CB ▮
Already sent to ▮

(2021-05-20 08:12:25 PM UTC)
CB ▮
▮ is useless

(2021-05-20 08:12:27 PM UTC)
CB ▮
Will send to him

(2021-05-20 08:39:19 PM UTC)
CB ▮
Will call you right back

(2021-05-20 08:39:59 PM UTC)
CB ▮
Carlos telling me that ▮ is showing heightened interest in ozy

(2021-05-20 08:41:12 PM UTC)
CB ▮
▮ ( ▮ ceo) just called carlos directly

(2021-05-20 08:41:18 PM UTC)
HG ▮
Nice

(2021-05-20 08:41:22 PM UTC)
CB ▮
Will call you as soon as he's done

(2021-05-20 08:41:42 PM UTC)
HG ▮
Did ▮ fund?

(2021-05-20 08:41:50 PM UTC)
HG ▮
And did we get in there with them?

(2021-05-20 08:42:19 PM UTC)
CB ▮
Asking him once he's done giving me update

(2021-05-20 08:43:09 PM UTC)
CB ▮
▮ showed him interest

(2021-05-20 08:43:33 PM UTC)
HG ▮
Hopefully we can help him run process to sell the whole thing next year or go public

(2021-05-21 12:42:28 AM UTC)
HG ▮ has joined the conversation

(2021-05-21 01:30:42 AM UTC)
CB ▮ has left the conversation

Processed by Global Relay Archive for Bloomberg | 2021-05-22 03:02:31 PM UTC

FOIA Confidential Treatment Requested

SEC-DOJ-EPROD-001542031