UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA,

   - against -

CARLOS WATSON and
OZY MEDIA, INC.,

          Defendants.

- - - - - - - - - - - - - - - - - -X

VERDICT FORM [PROPOSED]
23 CR 82 (EK)

## COUNT ONE
(Securities Fraud Conspiracy)

As to defendant CARLOS WATSON:

        Guilty _____    Not Guilty _____

As to defendant OZY MEDIA, INC.:

        Guilty _____    Not Guilty _____

## COUNT TWO
(Wire Fraud Conspiracy)

As to defendant CARLOS WATSON:

        Guilty _____    Not Guilty _____

*If and only if you find the defendant* CARLOS WATSON *guilty as to Count Two, please answer the question below.*

Was a financial institution affected?

        Yes _____    No _____

**[CONTINUED ON NEXT PAGE]**

As to defendant OZY MEDIA, INC.:

                Guilty _____      Not Guilty _____

*If and only if you find the defendant* OZY MEDIA, INC. *guilty as to Count Two, please answer the question below.*

Was a financial institution affected?

                Yes _____      No _____

## **COUNT THREE**
(Aggravated Identity Theft)

As to defendant CARLOS WATSON:

                Guilty _____      Not Guilty _____

_____
Foreperson