Ronald Sullivan Law PLLC
1300 I Street NW
Suite 400 E
Washington D.C. 20005

May 15, 2024

Hon. Marcia M. Henry
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:    United States v. Carlos Watson and Ozy Media, Inc.
                 Criminal Docket No. 23-82 (EK)

Dear Judge Henry:

      I respectfully request permission to be excused from jury selection on May 21, 2024, due to a funeral I intend to attend outside of New York State. I will return and be available to participate in jury selection should it resume on May 22, 2024.

      Thank you in advance for your consideration of this request.

                                       Best,

                                       Janine Gilbert