```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------x

 UNITED STATES OF AMERICA,
                                              MEMORANDUM & ORDER
                                                 23-CR-82 (EK)
          -against-

 CARLOS WATSON and OZY MEDIA, INC.,

                    Defendants.

-------------------------------------x
```

ERIC KOMITEE, United States District Judge:

The government is directed to submit a brief response, as soon as practicable, to the defendant Watson's supplemental expert disclosure of yesterday [154]. The response should address the adequacy of that submission and its impact on the defendants' cumulative disclosures concerning revenue recognition and accounting practices. The defense, too, is invited to explain this disclosure. For example, the submission identifies one of the attached exhibits as a "signed contract" with J.P. Morgan for $2 million, but the referenced document appears (on first glance) to contain primarily machine-readable data. Likewise, the attachment relating to Discover Products, Inc. appears to constitute a master services agreement under which no money will be exchanged unless and until a Task Order is executed in the future (see Section 8.1). As such, it is unclear *to the Court* at this time how this would tend to support

either defense expert's conclusions in respect of additional revenues.

        SO ORDERED.

                                                  /s/ Eric Komitee
                                                  ERIC KOMITEE
                                                  United States District Judge

Dated:    May 23, 2024
            Brooklyn, New York