UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------x

UNITED STATES OF AMERICA,

    -against-                                                        23-CR-82 (EK)

CARLOS WATSON, and
OZY MEDIA INC.,

                Defendants.

--------------------------------------------------x

## UNOPPOSED MOTION OF WILLIAM A. BURCK TO ENTER A LIMITED APPEARANCE ON BEHALF OF DEFENDANT CARLOS WATSON

Non-party William A. Burck of Quinn Emanuel Urquhart & Sullivan, LLP, on his own behalf, respectfully moves this Court for leave (1) to enter a limited appearance on behalf of Defendant Carlos Watson solely for the purpose of assisting counsel of record in representing Mr. Watson at his bail hearing, currently scheduled for August 9, 2024; and (2) to withdraw his limited appearance at his option after the Court's resolution of the bail hearing. Mr. Burck certifies that he is admitted to practice in the Eastern District of New York.

Mr. Burck has met and conferred with the Government, who do not oppose this Motion to Enter A Limited Appearance on Behalf of Defendant Carlos Watson.

Dated:  August 8, 2024                    Respectfully submitted,

*/s/ William A. Burck*
William A. Burck
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1300 I Street NW, Suite 900
Washington, D.C. 20005
(202) 538-8000
williamburck@quinnemanuel.com

*Attorney for Defendant Carlos Watson*

## **CERTIFICATE OF SERVICE**

I, William A. Burck, certify that the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record at their respective email addresses on this 8th day of August, 2024.

Dated:  August 8, 2024                                        */s/ William A. Burck*