

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JRS/GK/DAS
F. #2021R00900

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 2, 2024

By ECF

The Honorable Eric R. Komitee
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Carlos Watson and Ozy Media, Inc.
                   Criminal Docket No. 23-82 (EK)

Dear Judge Komitee:

        The government respectfully submits this letter in response to the October 2, 2024 letter submitted by the United States Probation Department ("Probation") requesting a three-month adjournment of sentencing. According to the letter, the adjournment is necessary because Probation "has made multiple attempts to contact Defense Counsel for Carlos Watson to schedule the presentence interview . . . [but] no response has been received."

        The government respectfully submits that a defendant should not be permitted to delay his sentencing by refusing to participate in the presentence interview process. Pursuant to Fed. R. Crim. P. 32(c)(2), a defendant is entitled to have his attorney receive "notice and a reasonable opportunity to attend the interview," but nothing permits a defendant or his counsel to simply boycott the proceedings.

        The government therefore respectfully requests that the Court order the defendant to participate in an interview with Probation on or before October 11, 2024, at a date and time set by Probation. The government has conferred with Probation, which has indicated that their normal practice under the circumstances of this case would call for an interview by telephone, which would allow the defendant and his counsel to all participate in the interview without undue inconvenience.

        The government understands based on its conferral with Probation that Probation would require approximately four weeks following the interview to complete the presentence investigation report (the "PSR"). The government therefore respectfully requests that the Court require disclosure of the PSR by no later than November 8, 2024, and adjourn sentencing to a

date on or after December 13, 2024.  See Fed. R. Crim. P. 32(e)(2) (requiring at least 35 days between disclosure of the PSR and sentencing).

                                          Respectfully submitted,

                                          BREON PEACE
                                          United States Attorney

By:   /s/
                                          Jonathan Siegel
                                          Gillian Kassner
                                          Dylan A. Stern
                                          Assistant U.S. Attorneys
                                          (718) 254-6293/6224/6213

cc:    Clerk of the Court (via ECF)
        All Counsel of Record (via ECF)
        U.S. Probation Officer Erica Vest (by email)