THE LAW OFFICES OF ANDREW J. FRISCH, PLLC

October 31, 2024

The Honorable Eric R. Komitee
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:  United States v. Carlos Watson and OZY Media, Inc.;
           Criminal Docket No. 23-0082 (EK)

Dear Judge Komitee:

        On October 28, 2024, the Court directed the government to respond to the pending motion for recusal (Dockets 325-26) and address the timeliness of the motion (in addition to its merits). Since the Court's issuance of the order, the government has asked that I provide the email correspondence referred to in the supporting memorandum of law at page 20, note 25. To assist the Court and the government, I submit the accompanying declaration as a supplement to the motion.

                                                                     Respectfully,

                                                                     */s/ Andrew J. Frisch*
                                                                     Andrew J. Frisch

cc:  Counsel of Record