# RONALD SULLIVAN LAW, PLLC

Ronald S. Sullivan Jr.

November 18, 2024

**BY ECF**

The Honorable Eric R. Komitee
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 112011

<u>U.S. v Carlos Watson & OZY Media</u>

Dear Judge Komitee:

In light of the petition filed by Mr. Frisch today, I write to request that the above-styled matter be held in abeyance pending action by the Second Circuit. This request comes on behlf of both Mr. Watson and, with permission of Ms. Frison, OZY Media, Inc. Alternatively, Mr. Watson and OZY request that they be afforded until November 29, 2024, within which to raise objections to the presentence reports. The reports raise a number of substantial issues and we require additional time to draft our objections.

(202) 313-8313
rsullivan@ronaldsullivanlaw.com

1300 I Street NW, Suite 400E
Washington, DC 20005

# RONALD SULLIVAN LAW, PLLC
Ronald S. Sullivan Jr.

Sincerely,

Ronald S. Sullivan Jr.

*Counsel to Carlos Watson*

cc: All counsel of record

(202) 313-8313
rsullivan@ronaldsullivanlaw.com

1300 I Street NW, Suite 400E
Washington, DC 20005