# Investor Wire Payments to Ozy Media, Inc.
## January 1, 2018 to February 28, 2023

| FROM | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | Grand Total |
|---|---|---|---|---|---|---|---|
| ANTARA CAPITAL MASTER FUND LP | | | | $ 22,500,000.00 | | | $ 22,500,000.00 |
| VENTURE LENDING & LEASING VIII INC / VENTURE LENDING & LEASING IX INC | | | $ 11,275,364.59 | | | | $ 11,275,364.59 |
| AL NAHDHA INVESTMENT LLC | | $ 3,000,000.00 | $ 5,000,000.00 | | | | $ 8,000,000.00 |
| THOMAS C FRANCO | $ 1,000,000.00 | $ 2,095,000.00 | | | | $ 100,000.00 | $ 3,195,000.00 |
| ALEX RODRIGUEZ DECLARATION OF TRUST | | | | $ 2,500,000.00 | | | $ 2,500,000.00 |
| LIFELINE LEGACY HOLDINGS LLC / COALITION SPV-2, LLC | | | | $ 2,249,997.64 | | | $ 2,249,997.64 |
| ATINUM PARTNERS CO., LTD | | $ 2,000,000.00 | | | | | $ 2,000,000.00 |
| INTERLOCK PARTNERS FUND I, LP | | $ 2,000,000.00 | | | | | $ 2,000,000.00 |
| WILLIAM SNELLINGS / KATHRYN SNELLINGS | $ 75,000.00 | $ 1,000,000.00 | | $ 600,000.00 | | | $ 1,675,000.00 |
| DAVID A NOVAK / JANE C P NOVAK | $ 500,000.00 | | $ 250,000.00 | $ 750,000.00 | | | $ 1,500,000.00 |
| KOSMAS / KOSMO KALLIAREKOS | $ 45,000.00 | $ 125,000.00 | $ 275,000.00 | $ 125,000.00 | $ 500,000.00 | $ 250,000.00 | $ 1,320,000.00 |
| MARC LASRY / CATHY LASRY | | $ 1,000,000.00 | | | | | $ 1,000,000.00 |
| THOMSON FAMILY LIMITED PARTNERSHIP | $ 150,000.00 | $ 100,000.00 | $ 150,000.00 | $ 500,000.00 | | | $ 900,000.00 |
| EMERSON COLLECTIVE INVESTMENTS, LLC | $ 100,000.00 | | $ 499,999.41 | | | | $ 599,999.41 |
| RICHARD MARTIN OSSOFF | $ 300,000.00 | | | $ 250,000.00 | | | $ 550,000.00 |
| BCS MEDTECH LLC | $ 500,000.00 | | | | | | $ 500,000.00 |
| MICHAEL J DUBILIER | | $ 200,000.00 | $ 100,000.00 | | | | $ 300,000.00 |
| ROBERT L K LYNCH | | | $ 100,000.00 | $ 175,000.00 | | | $ 275,000.00 |
| DAMIAN ROUSON | $ 105,000.00 | $ 5,000.00 | $ 150,000.00 | | | | $ 260,000.00 |
| ROBERTO QUARTA | | | $ 250,000.00 | | | | $ 250,000.00 |
| VENTURESOUQ CAPITAL SPC | | $ 250,000.00 | | | | | $ 250,000.00 |
| ALAN D BERSIN | | $ 250,000.00 | | | | | $ 250,000.00 |
| GEORGETOWN OPPORTUNISTIC FUND SERIE | | | | $ 200,000.00 | | | $ 200,000.00 |
| SHAWN P GUTTERSEN | | | $ 200,000.00 | | | | $ 200,000.00 |
| ANDREW JANE FRANCES LOUISE FITZM | | | $ 200,000.00 | | | | $ 200,000.00 |
| GSV CAPITAL CORP. / GSV CAPITAL LENDING LLC | $ 100,000.00 | | | | | | $ 100,000.00 |
| ALBERT S LEE | | | | $ 100,000.00 | | | $ 100,000.00 |
| SUNG GYUN KIM / EUN HYE LEE | | | | $ 100,000.00 | | | $ 100,000.00 |
| ERIK R MANUEL | | | | $ 100,000.00 | | | $ 100,000.00 |
| JOHN ROBERT BARBER | | | $ 100,000.00 | | | | $ 100,000.00 |
| DONALD J GOGEL | | | $ 100,000.00 | | | | $ 100,000.00 |
| ANDREW / JANE FITZMAURICE | | | | $ 100,000.00 | | | $ 100,000.00 |
| LIONTREE PARTNERS LLC | | $ 100,000.00 | | | | | $ 100,000.00 |

| Name | | | | | | | Total |
|---|---|---|---|---|---|---|---|
| WOODLAND TRUST IV | | $ 100,000.00 | | | | | $ 100,000.00 |
| OH JOON SUK | | | | $ 99,995.73 | | | $ 99,995.73 |
| AXEL SPRINGER DIGITAL VENTURES | | $ 99,995.73 | | | | | $ 99,995.73 |
| THE MARTIN TATE DUBILIER | | | | | | $ 50,000.00 | $ 50,000.00 |
| ANANT GUPTA | | $ 50,000.00 | | | | | $ 50,000.00 |
| THE RILEY COCHRANE DUBILIER | | | | | | $ 50,000.00 | $ 50,000.00 |
| ALAN SMITH | | | | $ 50,000.00 | | | $ 50,000.00 |
| PETER H MCMILLAN | | | $ 50,000.00 | | | | $ 50,000.00 |
| SANJAN DHODY | | $ 50,000.00 | | | | | $ 50,000.00 |
| MICHAEL J MILLETTE / JOY MILLETTE | | $ 50,000.00 | | | | | $ 50,000.00 |
| TERRY ALAN CREWS / REBECCA ANNE | | | | $ 25,000.00 | | | $ 25,000.00 |
| ANNA M DIOP | | | | $ 25,000.00 | | | $ 25,000.00 |
| KARRUECHE TRAN | | | | $ 25,000.00 | | | $ 25,000.00 |
| ALI E IZ | $ 25,000.00 | | | | | | $ 25,000.00 |
| LENARD MCKELVEY OR | | | | $ 25,000.00 | | | $ 25,000.00 |
| HANNIBAL BURESS | | | | $ 25,000.00 | | | $ 25,000.00 |
| JOSEPHINE ANIOBI | | | | $ 25,000.00 | | | $ 25,000.00 |
| JOSHUA D MARTIN CAROL E MARTIN | | | | $ 25,000.00 | | | $ 25,000.00 |
| ALAN B CHEBOT / TERRI B CHEBOT | | | $ 24,999.30 | | | | $ 24,999.30 |
| LEILEE WEYERHAEUSER TTEE | $ 20,000.00 | | | | | | $ 20,000.00 |
| JUDITH SEGURA | $ 20,000.00 | | | | | | $ 20,000.00 |
| DUANE STREET GENERAL, LLC | $ 15,000.00 | | | | | | $ 15,000.00 |
| **Grand Total** | $ 2,955,000.00 | $ 12,474,995.73 | $ 18,725,363.30 | $ 30,574,993.37 | $ 500,000.00 | $ 450,000.00 | $ 65,680,352.40 |