# *UNITED STATES V. WATSON* (23-CR-82) (EK)

<u>Contemplated Special Conditions of Supervised Release</u>

The Court will consider the following special conditions of supervised release at sentencing:

1. The defendant shall comply with the restitution order.

2. Upon request, the defendant shall provide the U.S. Probation Department with full disclosure of his financial records, including co-mingled income, expenses, assets, and liabilities, to include yearly income tax returns. Except for the financial accounts reported and noted within the presentence report, the defendant is prohibited from maintaining and/or opening any additional individual and/or joint checking, savings, or other financial accounts, for either personal or business purposes, without the knowledge and approval of the U.S. Probation Department.  For the avoidance of doubt, the defendant shall disclose to the U.S. Probation Department any ownership stake in any venture, however organized.  The defendant shall cooperate with the Probation Officer in the investigation of his financial dealings and shall provide truthful monthly statements of his income and expenses. The defendant shall cooperate in the signing of any necessary authorization to release information forms permitting the U.S. Probation Department access to his financial information and records.

3. The defendant shall notify the U.S. Probation Department in writing before beginning any self-employment, including any independent, entrepreneurial, or freelance activity. While self-employed, the defendant shall provide the U.S. Probation Department with full disclosure of his self-employment and other business records, including, but not limited to, all the records identified in the Probation Form 48F (Request for Self-Employment Records), or as otherwise requested by the U.S. Probation Department.

4. The defendant shall obtain written approval from the U.S. Probation Department before raising or soliciting funds for any business venture.

5. The defendant is prohibited from opening any lines of credit or incurring any new monetary loan, obligation, or debt, by whatever name known, without the advance written approval of the U.S. Probation Department. The defendant is prohibited from becoming an authorized user on any other individual's credit, charge, or debt account, without the approval of the U.S. Probation Department. The defendant shall not encumber or liquidate an interest in any asset unless all proceeds of such encumbrance or liquidation are paid in service of the fine and/or restitution obligation, or otherwise approved in advance and in writing by the U.S. Probation Department.

6. The defendant shall not occupy or maintain any fiduciary role or capacity without the prior permission of the U.S. Probation Department.

At sentencing, the Court will ask the defendant and defense counsel to execute this document solely to indicate that they have received and reviewed it.

**Reviewed:**

_____      _____

Defendant                                              Defense Counsel

_____      _____

Date                                                         Date