UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------- x
UNITED STATES OF AMERICA

        - v -                               **NOTICE OF APPEAL**
                                             23 CR 00082 (EK)

CARLOS WATSON,

                      Defendant.
-------------------------------------------------- x

        Notice is hereby given that Defendant Carlos Watson appeals in the above-captioned case to the United States Court of Appeals for the Second Circuit from each part and all of a judgment, the entry of which is forthcoming, including sentence.

Dated: December 30, 2024

                                                 Andrew J. Frisch
                                                 The Law Offices of Andrew J. Frisch PLLC
                                                 40 Fulton Street
                                                 New York, New York 10038
                                                 212-285-8000
                                                 *afrisch@andrewfrisch.com*

                                                 *Attorney for Carlos Watson*

cc: United States Attorney's Office