LAW OFFICES OF

Aidala, Bertuna & Kamins, P.C.

ARTHUR L. AIDALA*
MARIANNE E. BERTUNA*
HON. BARRY KAMINS (RET.)
HON. JOHN M. LEVENTHAL (RET.)
HON. DAVID L. LEWIS (RET.)
JOHN S. ESPOSITO*
MICHAEL T. JACCARINO
IMRAN H. ANSARI
DIANA FABI SAMSON**
DAVID M. SCHWARTZ+
ANDREA M. ARRIGO*
MICHAEL F. DIBENEDETTO*
LINO J. DE MASI
ROSARIO BONA
GIOVANNI ORLANDO CONTI
CAITLYN CARMICHAEL
ALEXANDRA JO DEBENEDICTIS

*ALSO ADMITTED IN NEW JERSEY
**ALSO ADMITTED IN CONNECTICUT
+ALSO ADMITTED IN D.C.

546 FIFTH AVENUE - STE. 6
NEW YORK, NY 10036
TELEPHONE: (212) 486-0011
FACSIMILE: (917) 261-4832
WWW.AIDALALAW.COM

8118 - 13TH AVENUE
BROOKLYN, NEW YORK 11228
TEL: (718) 238-9898
FAX: (718) 921-3292

OF COUNSEL
JOSEPH A. BARATTA
ANTOINETTE LANTERI
WILLIAM R. SANTO
PETER S. THOMAS
LAWRENCE SPASOJEVICH
SIGURD SORENSON

SENIOR COUNSEL
LOUIS R. AIDALA
JOSEPH P. BARATTA

February 5, 2025

**VIA ECF**
The Honorable Vera M. Scanlon
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Carlos Watson and Ozy Media, Inc.
Criminal Docket No. 23-82 (EK)

Dear Judge Scanlon:

This office has been retained by Carlos Watson and Ozy Media, Inc. as representation for an appellate matter in the Second Circuit (Docket #: 25-59). The Finance Department advises that it requires an order to initiate the assignment and transfer of cash bail.

Attached hereto is the signed and notarized petition by Kosmas Kalliarekos requesting the transfer and assignment of the cash bail funds, as well as an order releasing Mr. Kalliarekos as surety and to direct the Clerk of the Court to remit the One Million ($1,000,000.00) Dollar cash bail refund to our office upon the surrender of the defendant.

We respectfully request that the Court sign the order so that these funds may be transferred and conveyed to our office upon surrender. In accord with this Court's rules, we have also attached the draft order in word format.

Respectfully submitted,

Arthur L. Aidala
Aidala, Bertuna & Kamins, P.C.

cc: *The Honorable Eric R. Komitee*