UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------- x
UNITED STATES OF AMERICA

- v -

CARLOS WATSON and
OZY MEDIA, INC.,

Defendants.
-------------------------------------------------- x

**Petition**

Criminal Case No. 23-00082 (EK)

To the Honorable Magistrate Judge Vera M. Scanlon:

I have deposited in the Registry of the Court, on behalf of the defendant named in the caption above, certain funds representing a cash bond in the sum of **ONE MILLION ($1,000,000.00) DOLLARS**. Assuming that all conditions of the bond are satisfied, and subject to the approval of the Court, I hereby, for a valuable consideration, assign, transfer and convey such funds to **Aidala, Bertuna & Kamins, P.C.**, as assignee, such assignment to take place after the surrender of the defendant; and I hereby respectfully request the Court to approve such assignment, and to authorize the United States District Clerk for Eastern District of New York to promptly effect the transfer of such funds to my said assignee at the appropriate time. In this connection, I hereby represent that no part of said funds constituting such cash bond was advanced by the attorney for said defendant, or by anyone acting for or on behalf of said attorney.

Dated the 4th day of February, 2025

[signature]
Kosmas Kalliarekos
*Surety*

Sworn to before me this
4th day of February 2025

[signature] Malta Gonzalez
NOTARY PUBLIC

MALTA GONZALEZ
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01GO0017457
QUALIFIED IN NEW YORK COUNTY
MY COMMISSION EXPIRES DECEMBER 2, 2027