UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------ x
UNITED STATES OF AMERICA

- v -

CARLOS WATSON and
OZY MEDIA, INC.,

Defendants.
------------------------------------------------ x

**Order**

Criminal Case No. 23-00082 (EK)

Upon reading and filing the annexed petition, it is hereby

**ORDERED** that the petitioner therein be and he hereby is released as surety on the bail bond of the defendant in the above-entitled case, and it is further

**ORDERED** that the Clerk of the Court remit to Aidala, Bertuna & Kamins, P.C. the sum of ONE MILLION ($1,000,000.00) DOLLARS deposited in connection with said bail bond.

Dated: ____________________

______________________________
UNITED STATES MAGISTRATE JUDGE