LAW OFFICES OF

# Aidala, Bertuna & Kamins, P.C.

ARTHUR L. AIDALA*
MARIANNE E. BERTUNA*
HON. BARRY KAMINS (RET.)
HON. JOHN M. LEVENTHAL (RET.)
HON. DAVID L. LEWIS (RET.)
JOHN S. ESPOSITO*
MICHAEL T. JACCARINO
IMRAN H. ANSARI
DIANA FABI SAMSON**
DAVID M. SCHWARTZ+
ANDREA M. ARRIGO*
MICHAEL F. DIBENEDETTO*
LINO J. DE MASI
ROSARIO BONA
GIOVANNI ORLANDO CONTI
CAITLYN CARMICHAEL
ALEXANDRA JO DEBENEDICTIS

*ALSO ADMITTED IN NEW JERSEY
**ALSO ADMITTED IN CONNECTICUT
+ALSO ADMITTED IN D.C.

546 FIFTH AVENUE - STE. 6
NEW YORK, NY 10036
TELEPHONE: (212) 486-0011
FACSIMILE: (917) 261-4832
WWW.AIDALALAW.COM

8118 - 13TH AVENUE
BROOKLYN, NEW YORK 11228
TEL: (718) 238-9898
FAX: (718) 921-3292

OF COUNSEL
JOSEPH A. BARATTA
ANTOINETTE LANTERI
WILLIAM R. SANTO
PETER S. THOMAS
LAWRENCE SPASOJEVICH
SIGURD SORENSON

SENIOR COUNSEL
LOUIS R. AIDALA
JOSEPH P. BARATTA

March 13, 2025

United States District Court
Eastern District New York
225 Cadman Plaza East
Brooklyn, New York 11201
**Attn: Clerk of the Court**

Re:   U.S. v. Watson
      Case # 23-cr-00082 (EK)
      **Request for Return of Duplicate Filing Charge**

Dear Clerk of the Court:

I am writing with regard to our recent filings on Friday, March 7, 2025 of a Subsequent Notice of Appeal in connection with the above referenced matter on behalf of both defendant, Carlos Watson (Document #396, Tracking ID: ANYEDC-18834573), and defendant Ozy Media, Inc. (Document #395, Tracking ID: ANYEDC-18834550).

There was a third, duplicative charge in error for an unsuccessful filing which resulted in an additional payment of Six Hundred Five ($605.00) Dollars. I have attached that Payment Confirmation, Tracking ID: ANYEDC-1883452 as Exhibit A.

We are respectfully requesting that the duplicate charge of $605.00 be reversed and credited back to the credit card which was used for the payment. I will provide the credit card information if necessary upon request.

I am grateful for any assistance you can provide in correcting this error. Please feel free to contact our office at (212) 486-0011 with any questions or concerns.

Respectfully yours,

ALA:dg

/s/
Arthur L. Aidala
Aidala, Bertuna & Kamins, P.C.
546 Fifth Ave., 6th Floor
New York, New York 10036
aidalaesq@aidalalaw.com