## LAW OFFICES OF
## Aidala, Bertuna & Kamins, P.C.

ARTHUR L. AIDALA*
MARIANNE E. BERTUNA*
HON. BARRY KAMINS (RET.)
HON. JOHN M. LEVENTHAL (RET.)
HON. DAVID L. LEWIS (RET.)
JOHN S. ESPOSITO*
MICHAEL T. JACCARINO
IMRAN H. ANSARI
DIANA FABI SAMSON**
DAVID M. SCHWARTZ+
ANDREA M. ARRIGO*
MICHAEL F. DIBENEDETTO*
LINO J. DE MASI
ROSARIO BONA
GIOVANNI ORLANDO CONTI
CAITLYN CARMICHAEL
ALEXANDRA JO DEBENEDICTIS

*ALSO ADMITTED IN NEW JERSEY
**ALSO ADMITTED IN CONNECTICUT
+ ALSO ADMITTED IN D.C.

546 FIFTH AVENUE - STE. 6
NEW YORK, NY 10036
TELEPHONE: (212) 486-0011
FACSIMILE: (917) 261-4832
WWW.AIDALALAW.COM

8118 - 13TH AVENUE
BROOKLYN, NEW YORK 11228
TEL: (718) 238-9898
FAX: (718) 921-3292

OF COUNSEL
JOSEPH A. BARATTA
ANTOINETTE LANTERI
WILLIAM R. SANTO
PETER S. THOMAS
LAWRENCE SPASOJEVICH
SIGURD SORENSON

SENIOR COUNSEL
LOUIS R. AIDALA
JOSEPH P. BARATTA

April 2, 2025

**VIA ECF**
The Honorable Eric R. Komitee
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: United States v. Carlos Watson and Ozy Media, Inc.
         Criminal Docket No. 23-82 (EK)

Dear Judge Komitee:

  This office is retained by Carlos Watson and Ozy Media, Inc. to provide representation in post-conviction matters related to the above mentioned case, including a motion for bail pending appeal, an appeal of the conviction to the 2nd Circuit Court of Appeals, a pardon application to the United States Department of Justice, and a clemency application to the United States Department of Justice. It has been agreed that the bail funds, which equal One Million ($1,000,000.00) Dollars, will go towards the total legal fee agreed upon for representation. The Finance Department has advised us that it requires an order to initiate the assignment and transfer of cash bail.

  I respectfully write to advise the Court that on March 28, 2025, the President of the United States granted the defendants, Mr. Watson and Ozzy Media Inc., an Executive Grant of Clemency, commuting their entire sentence to time served with no further fines, restitution, probation or other conditions. (Exhibit A). In response to the Court's February 10, 2025 order denying our motion for "bond transfer and assignment" (ECF Nos. 381, 382, and 383) without prejudice to renew after the defendant surrenders, we respectfully renew our request that the Court sign the order directing the One Million ($1,000,000.00) Dollar cash bail refund be transferred and conveyed to our office. In accord with this Court's rules, we have also attached the draft order in word format.

  Attached hereto is the signed and notarized petition by Kosmas Kalliarekos requesting the transfer and assignment of the cash bail funds, as well as an order releasing Mr. Kalliarekos as surety and to direct the Clerk of the Court to remit the One Million ($1,000,000.00) Dollar cash bail refund to our office.

              Respectfully submitted,

                                                                                                                           */s/ Arthur L. Aidala*

                                                                                                                           Arthur L. Aidala, Esq.
Aidala, Bertuna & Kamins, P.C.
546 Fifth Avenue, 6th Floor
New York, New York 10036
(212) 486-0011